# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CALVIN WHITE,     Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION NO. 24-CV-1067 |
| FITZGERALD MERCY HOSPITAL,     Defendant. | : : | |

## ORDER

AND NOW this 25th day of June, 2024, upon consideration of Plaintiff Calvin White's *pro se* Amended Complaint (ECF No. 15) it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to **AMEND** the docket to reflect the following Defendants named in the Amended Complaint: Garret Luettgen, Srinivas Balaji, and Kara Donnelly.

2. The Amended Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____

**WENDY BEETLESTONE, J.**